79,922-02

To: Court of Criminal Appeals
ABEL ACOSTA, CLERK
P.O. Box 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

STEPHEN JAY SANDBLOOM
TDCJ-CIDE No. #1757517
ALLEN B. POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TEXAS 77351

Ref: No. WR-79,922-02
Cause no. 10 DCR-053774A-HC2
400th DISTRICT COURT, FORT BEND COUNTY

Please find enclosed a copy of notice of mandamus directed to the 400th court
, Fort Bend County.

Also be advised that the 400th District Court is currently in violation of
the court of criminal appeals of Texas' order dated, December 10,2014, and
also rule of appellate procedure 73, which expired on March 21,2015. TIME.

The defendants prayer for relief in this matter remains the same as when filed
September 22,2014.

Thank you for your help in this matter.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 16 2015

Abel Acosta, Clerk

Respectfully,

STEPHEN JAY SANDBLOOM

No. 10-DCR-053774 A HC2

| EX PARTE | § | IN THE TEXAS |
|---|---|---|
| STEPHEN JAY SANDBLOOM | § | COURT OF |
| | § | CRIMINAL APPEALS |

### NOTICE OF MANDAMUS

1. Petitioner STEPHEN JAY SANDBLOOM file this notice of mandamus pursuant to Tex. R. Civ. Proc. Rule 694 No Mandamus With Notice, and state's that the Petitioner intends to file this mandamus due to the denial of recorder records , and the trial court's failure to provide the petitioner with the relief that he seeks in his appeal.

2. Petitioner Sandbloom intends to file this mandamus with the Texas Court of Criminal Appeals.

3. This case is currently pending in the court of Criminal Appeals as a result of the petitioner's writ of habeas corpus filed in the 400th Judicial District court of Fort Bend County, Texas.

Stephen Jay Sandbloom

Stephen Jay Sandbloom

TDCJ-CID No. 1757517

Allen B. Polunsky

3872 FM 350 South

Livingston, Texas 77351

Date: APRIL 8, 2015

Stephen Jay Sandbloom

TDCJ-CID No. 1757517

Allen B. Polunsky Unit

3872 FM 350 South

Livingston, Texas 77351


Re: No.10-DCR-053774 A HC2        Ex Parte   Stephen Jay Sandbloom


Ms. Annie Rebecca Elliott

Clerk Fort Bend County Texas

301 Jackson St.

Richmond, Texas 77469


Dear: Ms.Elliott

Please find enclosed one copy and an original Notice of Mandamus.

Please fite stamp the copy and return it to me and file the original with

the trial court. Thank you for your kind help and assistance in this matter.

## CERTIFICATE OF SERVICE

I certify that a copy of the Note of Mandamus has been served on the Honorable Judge Maggie Perez-Jaramillo of the 400th Judicial District Court of Fort Bend County, Texas, and by filing it with the District Clerks office, Ms. Annie Rebecca Elliott, 301 Jackson St, Richmond, Texas 77469, and by placing it in the U.S. mailbox of the Allen B. Polunsky Unit, TDCJ, 3872 FM 350 South, Livingston, Texas 77351, and on this the _8th_ day of _APRIL_ 2015.

Stephen Jay Sandbloom

Stephen Jay Sandbloom

TDCJ-CID No. 1757517